*E-FILED: August 15, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E HETTINGA, ET AL., | No. C13-02217 HRL |
| Plaintiffs, | **ORDER** |
| v. | |
| TIMOTHY P LOUMENA ET AL., | |
| Defendants. | |

Plaintiff Wylmina E. Hettinga, proceeding *pro se*, filed her complaint on May 15, 2013. The Court granted plaintiff's motion for leave to proceed *in forma pauperis* on August 2, 2013. The Court directed the Clerk of Court to issue summons, and directed the U.S. Marshal for the Northern District of California to serve a copy of the summons and complaint on the defendants. The Clerk then mailed plaintiff a letter requesting that plaintiff submit to the Clerk's Office the addresses of the defendants so that the Court's order could be carried out. The Clerk provided a self-addressed postage paid envelope for plaintiff's use.

The electronic docket indicates that plaintiff has not yet responded to the Clerk's request. Plaintiff has, however, filed what appears to be a declaration in support of a motion for leave to file an amended complaint, and an amended complaint that names additional defendants. (Dkts. 6, 7). Because plaintiff's original complaint has not yet been served on defendants, plaintiff may file an amended complaint as a matter of course, without seeking leave from the Court. Fed. R. Civ. P. 15(a). Accordingly, plaintiff's amended complaint (Dkt. 7) is the operative complaint in this matter.

To keep the case progressing, however, plaintiff is ordered to submit to the Clerk of Court the addresses of all defendants named in the amended complaint, no later than **August 28, 2013.**

In light of the fact that defendants in this case have not yet been served, the Initial Case Management Conference, currently set for August 20, 2013, is continued to **October 29, 2013 at 1:30 p.m.** in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California.

**SO ORDERED.**

Dated: August 15, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C 13-02217 HRL Order will be mailed to:**

Wylmina E. Hettinga
844 Downswood Court
San Jose, CA 95120

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**