IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, | CASE NO. 5:13-cv-02217 EJD |
| Plaintiff(s), | **RECUSAL ORDER** |
| v. | |
| TIMOTHY P. LOUMENA, et. al., | |
| Defendant(s). | |

I, the undersigned Judge of the court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of this District's Assignment Plan.

**IT IS SO ORDERED.**

Dated: August 4, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-02217 EJD
RECUSAL ORDER