1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA,<br><br>                    Plaintiff,<br><br>v.<br><br>TIMOTHY P. LOUMENA, et al.,<br><br>                    Defendants. | Case No. C-13-2217-RMW<br><br>**ORDER VACATING HEARING**<br><br>**[Re: Docket Nos. 29, 38, 41, 44, 51, 62]** |

The court finds all motions set for hearing on Friday, September 26, 2014, Dkt. Nos. 29, 38, 41, 44, 51, 62, suitable for decision without oral argument. Civil Local Rule 7-1(b). The hearing set for September 26, 2014 is vacated.

Dated: September 24, 2014

RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
Case No. C-13-2217-RMW                                        - 1 -
RDS